**Hal H. Harris**
315 Keswick Avenue
Bushkill, PA 18324
Email: hhh@harris3.com
Tel: (570) 213-3648

FILED     Wilkes-Barre, PA.
February 8, 2022
Clerk, U.S. Bankruptcy Court

Tuesday, February 8, 2022

**VIA ELECTRONIC DOCUMENT SUBMISSION SYSTEM ("EDSS")**

Honorable Henry W. Van ECK, Chief Judge
U.S. Bankruptcy Court
274 Max Rosen U.S. Courthouse
197 South Main Street, Wilkes Barre, PA 18701

**In Re: Leticia Couttien, Debtor - Chapter 7 - Case No.: 5:14-BK-02262-HWV**

Dear Chief Judge Van Eke,

I, Hal H. Harris, the undersigned, a Pro Se litigant, in the above-reference matter, respectfully request that This Court grant me a Login and Password so I can file my Opposition To Debtor's Motion To Reopen Bankruptcy Case and all other pleadings and documents, in the above referenced matter, using the CM/ECF system ("ECF") versus the Electronic Document Submission System ("EDSS"). I make my request because, as This Court may be aware, there are consequential differences between fling documents via ECF versus EDSS. Important differences between the two (2) systems include but are not limited to:

1. Pleadings and documents filed via ECF are deemed filed at the moment they are filed while documents filed via EDSS are not deemed filed until The Court sends a confirmation email. This creates an unfair consequence to EDDS users because documents filed via ECF until midnight EST on any day are deemed filed that same day, but documents filed after business hours, on weekends and/or on holidays via EDSS will not be reviewed until, at least, the next business day and are not deemed filed until The Court sends the confirmation email. Thus, the Pro Se loses filing days.
2. ECF filings can be up to fifty (50) Megabytes, but EDDS filing are limited to two (2) Megabytes.
3. Self-Represented litigants using EDDS are not instantly notified via email of filings, but ECF users are.
4. Self-Represented litigants using ECF can view and print pleadings, documents, and Orders once for free, after they are filed by any party, but Self-Represented litigants using of EDDS must pay ten cents per page to view, download or print all pleadings, documents, Orders filed and even the docket sheets.
5. Allowing attorneys to file via ECF while requiring Self-Represented parties to use EDDS gives "Represented" parties and attorneys unequal access to the courts and unfair advantages.

The undersigned 1) has proper P.A.C.E.R. credentials 2) watched training videos available via This Court and P.A.C.E.R. on how to file using ECF and 3) was granted a login and passwords to file pleadings and documents electronically in State Courts (at Common Pleas & Appellate Courts levels) and Federal Courts for cases involving and/or growing out of Debtor's actions. Thus, the undersigned is familiar with fling via ECF. Therefore, for all the above reasons, the undersigned respectfully requests This Court grant him a login and password to file pleadings and documents and have access to ECF system in the instant case.

Respectfully submitted,
*Hal H. Harris* /s/
Hal H. Harris - Pro-Se Litigant

cc: Leticia R. Couttien, Debtor

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, February 8, 2022 - 12:19 |
| Date: | Tuesday, February 8, 2022 12:19:16 PM |

Submitted on Tuesday, February 8, 2022 - 12:19
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien
Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: (570) 213-3648
Case number (if known): 5:14-BK-02262-JJT/HVE
 ==Documents==
 Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/20220208%20-%20Request%20For%20ECF%20Login%20And%20Password.pdf
 Document description: Request For Login And Password
 ==More Documents==
 Document 2:
 Document 2 description:
 Document 3:
 Document 3 description:
 Document 4:
 Document 4 description:
 Document 5:
 Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H. Harris