FILED         Wilkes-Barre, PA.
June 21, 2022
Clerk, U.S. Bankruptcy Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | |
|---|---|---|
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

### NOTICE RESPONDENTS WILL PRESENT EVIDENCE ELECTRONICALLY & REQUEST FOR LINK TO FILE EVIDENCE VIA CLOUD EVIDENCE SYSTEM

     NOW COMES Hal H. Harris ("Respondent") who requests This Court provide the required link or access so Respondents can use This Court's electronic evidence presentation system to submit exhibits Respondent intends to present at Hearing on Leticia Couttien's ("Debtor") Motion For Contempt And Request For Injunctive Relief. In support thereof Respondent avers as follows;

1. The Parties, Debtor and both Respondents, in this case are appearing Pro Se.
2. On May 20th, 2022, in advance of the Hearing on Debtor's Motion For Contempt against Respondents that was scheduled to be held on May 24th, 2022, Respondent Harris filed ***Notice Respondents Will Present Evidence Electronically*** ("Notice") that requested This Court provide Respondent Harris with a link to the Cloud Evidence System ("CES") so Respondents could file and present Evidentiary Exhibits electronically.
3. After Respondent Harris filed the aforementioned Notice, This Court issued a Sua Sponte Order that 1) changed the previously scheduled May 24th, 2022 Hearing to a Preliminary Hearing and 2) Ordered that no testimony or evidence would be taken at the Preliminary Hearing.
4. Presumably, resultant from This Court's Sua Sponte Order, This Court did not issue the required link for Respondent Harris to file Respondent's evidence electronically.
5. On May 24th, 2022, the Honorable Chief Judge Van Henry Van Eck held the Preliminary Hearing on Debtor's Motion For Contempt and at the conclusion therefore set a trial date for Wednesday, June 22nd, 2022 at 9:30 A.M.
6. On this day, June 16th, 2022, Respondent Harris sent an email to Judge Van Eck's Courtroom Deputy requesting a link to the Cloud Evidence System (CES) so Harris Respondent can file and

present Respondent's Evidentiary Exhibits, some of which exceed the two (2) megabyte limit of the Bankruptcy Court's Electronic Data Submission System (EDSS) limit, electronically.

7. Out of an abundance of caution, Respondent is filing the instant *Notice Respondents Will Present Evidence Electronically & Request For Link To File Evidence Via Cloud Evidence System* so Respondent Can timely file their evidentiary exhibits.

8. A Proposed Order is attached hereto.

9. Respondent's Certificate of Service is attached hereto.

10. The undersigned Respondent declares under penalty of perjury the foregoing is true and correct to the best of his knowledge.

**WHEREFORE** Respondent Harris respectfully requests that This Court provide the required link for Respondents to file/upload their Trial Exhibits forthwith.

Respectfully submitted,

/s/ *Hal H. Harris*

Hal H. Harris
Respondent, Pro Se
315 Keswick Avenue
Bushkill, PA 18324
Tel: (570) 213-3648

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | |
| --- | --- | --- |
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

# ORDER

Upon consideration of Respondent Hal H. Harris' *Notice Respondents Will Present Evidence Electronically & Request For Link To File Evidence Via Cloud Evidence System* and Respondents Harris' request for a link file/upload trial evidence/exhibits electronically, This Court hereby GRANTS Respondent Harris' Request.

Further, my Courtroom Deputy is instructed to provide the appropriate link/access to Respondent Harris via email and call him at (570) 213-3548 forthwith to inform him of my decision.

Entered This 16th, Day of June

**BY THE COURT**

_____
Honorable, Henry W. Van Eck
Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | |
| --- | --- | --- |
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Hal H. Harris, Respondent in the above-caption matter certify that true copy of the below listed pleading(s) have been served the below listed person(s)/entity(ies) in the manner/method indicated below.

| | Name And Address | Method of Service |
| --- | --- | --- |
| 1 | Leticia R. Couttien, Debtor<br>104 Condor Drive<br>Tamiment, PA 18371<br>Email: lcouttien@gmail.com | Via Email &<br>U.S. Mail Postage Prepaid |
| 2 | Terrence A. Colbert, Co-Respondent<br>218 East 118th Street, #8A<br>New York, New York 10029<br>Email: To Be Disclosed To Court Upon Request | Via Email |

**Pleading(s) Served:**

1. Notice Respondents Will Present Evidence Electronically & Request For Link To File Evidence Via Cloud Evidence System

**DATED:  June 16th, 2022**

/s/ *Hal H. Harris*
Hal H. Harris
Respondent/Movant/Creditor
Pro Se

| From: | hhh@harris3.com |
|---|---|
| To: | Christina Kovach |
| Cc: | PAMBml_TeamLeaders; Hal H. Harris |
| Subject: | RE: EDSS filing from Hal H. Harris filed on June 16 and June 17, 2002 for Leticia R. Couttien on Friday, June 17, 2022 - 16:03 |
| Date: | Tuesday, June 21, 2022 3:02:40 PM |
| Attachments: | 20220616 - Notice Respondents Will Present Evidence Electronically & Request For Link To CES .pdf |

**CAUTION - EXTERNAL:**

Hello Ms. Kovach,

Thank you for your email below, which I received this afternoon, while traveling in another State.

I received a confirmation on both June 16th, 2022, and June 17th, 2022 that my EDSS submissions made on both days were successfully submitted. That said, I will submit my submission again per you instruction below. Kindly note, I have attached a copy of my submission to this email to be sure that the U.S. Bankruptcy Court has received it.

I Remain,

Hal H. Harris
Tel: (570) 213-3648
Email: hhh@harris3.com



-----Original Message-----
From: Christina Kovach <Christina_Kovach@pamb.uscourts.gov>
Sent: June 21, 2022 9:15 AM
To: hhh@harris3.com
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: FW: EDSS filing from Hal H. Harris for Leticia R. Couttien on Friday, June 17, 2022 - 16:03

Good Morning, Mr Harris. Your EDSS submission from Friday, June 17th, did not process. Please resubmit at your earliest convenience. Thank you and have a good day.

Christina Kovach

Team Coordinator
US Bankruptcy Court
Ronald Reagan Federal Bldg
228 Walnut Street
Harrisburg, PA 17101
717-901-2815

-----Original Message-----
From: web@pamb.uscourts.gov <web@pamb.uscourts.gov>
Sent: Friday, June 17, 2022 4:03 PM
To: PAMBml_fax <fax@pamb.uscourts.gov>
Subject: EDSS filing from Hal H. Harris for Leticia R. Couttien on Friday, June 17, 2022 - 16:03

Submitted on Friday, June 17, 2022 - 16:03 Submitted by user: Anonymous Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien Filer's EMail Address: hhh@harris3.com Filer's Phone Number: (570) 213-3648 Case number (if known): 5:14-BK-02262
  ==Documents==
   Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/20220616%20-%20Notice%20Respondents%20Will%20Present%20Evidence%20Electronically%20%26%20Request%20For%20Link%20To%20CES%20_0.pdf
    Document description: Notice Respondents Will Present Evidence Electronically &Request For Lick To CES
     ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H. Harris

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.